UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS' AND CEMENT MASONS'
LOCAL 40 PENSION FUND, through its
TRUSTEES, PLASTERERS' AND CEMENT
MASONS' LOCAL 40 ANNUITY FUND, through
its TRUSTEES, PLASTERERS' AND CEMENT
MASONS' LOCAL 40 HEALTH AND
WELFARE FUND, through its TRUSTEES,
PLASTERERS' AND CEMENT MASONS'
LOCAL 40 APPRENTICESHIP FUND, through its
TRUSTEES, and VALERIE CAMPANA, in her
official capacity as Administrator of the Funds,

    *Plaintiffs*,

v.                                                                C.A. No. 1:18-cv-00614

F.C. CONSTRUCTION CORPORATION

    *Defendant.*

## DEFAULT JUDGMENT

Based on Plaintiffs' Motion for Default Judgment and supporting memorandum, it is, on this 13th day of May 2019, by the United States District Court for the District of Rhode Island, ORDERED:

1. Plaintiffs' Motion for Default Judgment is hereby GRANTED and judgment entered against Defendant;

2. Defendant is directed to provide any and all records requested by the Funds' Auditor, as requested in the Complaint, within thirty days of this Order;

3. Defendant is directed to pay any delinquent amounts found as due and owing to Plaintiff Funds pursuant to the payroll review audit of its above-mentioned records;

4. Plaintiffs are awarded attorneys' fees and costs in the amount of $3,195.00; and

1

5. Said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, liquidated damages, and reasonable attorney's fees and costs that may accrue, or be found due and owing, to the Plaintiffs from Defendant.

Entered: *Barbara Bartletta*  By Order: *John J McConnell*

PRESENTED BY:

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
Gursky | Wiens Attorneys at Law, Ltd.
1130 Ten Rod Rd., Ste C207
North Kingstown, RI 02852
Tele: (401) 294-4700
Fax: (401) 294-4702
ewiens@rilaborlaw.com

### Certificate of Service

I hereby certify that a copy of this document was filed electronically on May 13, 2019 and is available for viewing and downloading on the Court's electronic filing system.

Alfred Costa R/A/S
F.C. Construction Corporation
150 Slade St.
Tiverton, RI 02878

/s/ Victoria Higgins